SCWC-14-0000548

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MICHAEL KUMUKAUOHA LEE,
Petitioner/Plaintiff-Appellant,

vs.

WILLIAM AILA, in his official capacity as Chairperson of the
BOARD OF LAND AND NATURAL RESOURCES, STATE OF HAWAI'I,
and HASEKO (EWA) INC.,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000548; CIV. NO. 12-1-1644)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawai'i Revised Statutes § 602-59(a) (Supp. 2013); see also Hawai'i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner's application for writ of certiorari, filed December 24, 2014, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule

40.1(a) (2014)  ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawai'i, December 31, 2014.

Michael Kumukauoha Lee
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael W. Wilson

